**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| IN RE: | CHAPTER 13 CASE NO.: |
| QUINTIN LONG | 22-12858-JDW |

### OBJECTION TO EXEMPTIONS

COMES NOW Locke D. Barkley, the Chapter 13 Trustee (the "Trustee"), by and through counsel, and objects to the Debtor's claimed exemptions as follows:

The Debtor failed to provide the amount of the exemption claimed for the 75" TV, 55" TV, 42" TV, and Sound Bar.

WHEREFORE, PREMISES CONSIDERED, the Trustee requests that this Court enter its order sustaining the Objection and ordering that the above-referenced property claimed as exempt be disallowed. The Trustee prays for other such general and specific relief that this Court may deem just.

Dated:   December 6, 2022.

Respectfully submitted,

**LOCKE D. BARKLEY
CHAPTER 13 TRUSTEE**

BY:   /s/ Melanie T. Vardaman
MELANIE T. VARDAMAN (MSB# 100392)
W. Jeffrey Collier (MSB 10645)
Attorneys for the Chapter 13 Trustee
6360 I-55 North, Suite 140
Jackson, MS 39211
(601) 355-6661
mvardaman@barkley13.com

## CERTIFICATE OF SERVICE

      I, the undersigned attorney for the Trustee, do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

      Dated: December 6, 2022

                                        /s/ Melanie T. Vardaman
                                        MELANIE T. VARDAMAN