**IN THE UNITED STATES BANKRUPTCY COURT
IN THE NORTHERN DISTRICT OF MISSISSIPPI**

IN RE:                                                                            **BANKRUPTCY NO: 22-12858-JDW**
**QUINTEN LONG**
**141 BRECKENRIDGE DR**

**OXFORD, MS 38655-**

### NOTICE OF TRUSTEE'S MOTION TO DISMISS

Should any party receiving this notice respond or object to said motion, such response or objection is required to be filed on or before **August 5, 2024**, using the CM/ECF system or with the Clerk of this Court at the following address:

Shallanda J. Clay, Clerk of Court
U. S. Bankruptcy Court
Northern District of Mississippi
703 Highway 145 North
Aberdeen, MS 39730

A copy of the response or objection must be served on the undersigned Chapter 13 Trustee. If no responses or objections are filed, the Court may consider said motion immediately after the time has expired. In the event a written response or objection is filed, the Court will notify you of the date, time and place of the hearing thereon.

### CERTIFICATE OF SERVICE

I, Locke D. Barkley, the Chapter 13 Trustee, do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

Dated: July 10, 2024

                                                         LOCKE D. BARKLEY, TRUSTEE

                                                         /s/ Locke D. Barkley
                                                         Locke D. Barkley
                                                         Chapter 13 Trustee
                                                         6360 I-55 North, Suite 140
                                                         Jackson, MS 39211

### IN THE UNITED STATES BANKRUPTCY COURT
### IN THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                                             CHAPTER 13 CASE NO.

QUINTEN LONG                                                                                 22-12858-JDW

### MOTION TO DISMISS

COMES NOW Locke D. Barkley, Chapter 13 Trustee (the "Trustee), and files this Motion to Dismiss (the "Motion") and in support thereof states as follows:

1. As of July 8, 2024, the Debtor is delinquent in plan payments in the amount of **$8,112.00** through **July, 2024**. Payments continue to accrue as required under the plan.

2. The Trustee submits that this case should be dismissed unless a responsive pleading is timely filed and/or unless the Debtor fails to fully cure all delinquency in the plan payments prior to the response deadline stated with the Notice.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays that this Court enter its order granting the Motion. The Trustee prays for other such general and specific relief as this Court may deem just.

DATED: July 10, 2024

                                                Respectfully submitted,
                                                **LOCKE D. BARKLEY**
                                                **CHAPTER 13 TRUSTEE**

BY:   /s/ Locke D. Barkley
        Chapter 13 Trustee
        6360 I-55 North, Suite 140
        Jackson, Mississippi 39296

### CERTIFICATE OF SERVICE

I, Locke D. Barkley, the Chapter 13 Trustee, do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

**DATED: 07/10/2024**

                                                /s/ Locke D Barkley
                                                LOCKE D. BARKLEY
                                                CHAPTER 13 TRUSTEE